HENRY S. MYERS, as Administrator, etc., Respondent, *v.* THE
    LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued February 1, 1889; decided March 5, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made July 13, 1887, which affirmed a judgment in favor of
plaintiff, entered upon a verdict.

*E. B. Hinsdale* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ELIZA H. DOUGLAS, as Administratrix, etc., Respondent, *v.*
    JOHN T. MURRAY, Appellant.

(Argued February 4, 1889; decided March 5, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made April 19, 1887, which affirmed a judgment in favor of
plaintiff, entered upon the report of a referee.

*E. M. Ashley* for appellant.

*David Millar* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.
    SICKELS — VOL. LXVII.    86